IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09cr32-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| GLORIA GLISSON, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the court on defendant's pro se Motion to Tender Payment for the Profit of This Court Under Joint House Resolution 192. Inasmuch as defendant was represented by counsel at the time she filed such *pro se* motion, the motion will be denied in accordance with L.Cr.R. 47.1(H). The court has also reviewed the substance of the motion and it appears to be a non-justiciable motion in that no relief can be afforded to defendant based on such pleading. Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Tender Payment for the Profit of This Court Under Joint House Resolution 192 (#100) is **DENIED**.

Signed: October 14, 2011

Max O. Cogburn Jr.
United States District Judge